[No. 13834-8-III.   Division Three.   June 22, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTIE ANNE CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 93-1-00243-6, Dennis D. Yule, J., entered January 14, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.

[No. 13901-8-III.   Division Three.   June 22, 1995.]

*In re the Marriage of* MARGARET CORLISS NEWMAN, *Appellant, and* THOMAS GENTRY NEWMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-3-01895-1, Marcus M. Kelly, J., entered February 8, 1994. *Reversed* by unpublished opinion per Scultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 30378-3-I.   Division One.   June 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN CLY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-01254-1, Larry McKeeman, J., March 24, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster, J., and Scholfield, J. Pro Tem.